PAWB FORM 11 (03/12)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DAVID L. SUITERS and JAYME L. SUITERS, ) <br> a/k/a JAYME L. CLINGER, a/k/a JAYME L. ) <br> GRUNTRUM, a/k/a JAYME L. BISH, ) <br>                              Debtors ) <br> _____ ) <br> RONDA J. WINNECOUR, Trustee, and ) <br> DAVID L. SUITERS, ) <br>                              Movants ) <br>       Vs. ) <br> SCI SMITHFIELD, ) <br>                            Respondent ) | BANKRUPTCY NO. 14-70872-JAD <br><br> CHAPTER 13 <br><br> RELATED TO DOC. # 51 |

## *AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT*

The above-named debtors having filed a Chapter 13 petition and debtors or Trustee having moved to attached wages to fund the Chapter 13 plan,

**IT IS, THEREFORE, ORDERED** that until further order of this Court, SCI Smithfield, ATTN: Payroll, 1120 Pike Street, Huntingdon, PA 16652 deduct from said income the sum of $764.01 beginning on the next payday following receipt of this order and deduct a similar amount each pay date period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour
Chapter 13 Trustee, W.D. PA
P.O. Box 84051
Chicago, IL 60689-4002

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

**IT IS FURTHER ORDERED** that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

**IT IS FURTHER ORDERED** that no other deductions for garnishment, wage assignment, credit union or other purpose not specifically authorized by this court be made from the income of debtor with the exception of any support payments.

**IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.**

Dated 4th day of August, 2016.

_____
JEFFERY A. DELLER, CHIEF JUDGE
U.S. BANKRUPTCY JUDGE

cc: Debtors
    Attorney for Debtors
    Office of the Chapter 13 Trustee

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this case.

FILED
8/4/16 5:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David L. Suiters  
Jayme L. Suiters  
    Debtors

Case No. 14-70872-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Aug 04, 2016  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.  
db/jdb      +David L. Suiters,   Jayme L. Suiters,   159 Sunny Crest Lane,   Altoona, PA 16601-8813  
          +SCI Smithfield,   Attn: Payroll,   1120 Pike Street,   Huntingdon, PA 16652-1172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2016 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    M&T BANK agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Forrest B. Fordham, III    on behalf of Debtor David L. Suiters FFordhamlaw@msn.com,  
         fordham-law@hotmail.com  
        Forrest B. Fordham, III    on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com,  
         fordham-law@hotmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                TOTAL: 5