PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DAVID L. SUITERS and JAYME L. SUITERS: | | Bankruptcy No. 14-70872-JAD |
| a/k/a JAYME L. CLINGER, a/k/a JAYME L. | : | |
| GRUNTRUM, a/k/a JAYME L. BISH, | : | |
| | : | Chapter   13 |
| Debtors | : | |
| | : | Document No. ____ |

**CERTIFICATE OF SERVICE AMENDED ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  August 15, 2016.

    The type(s) of service made on the parties was:  First-Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Office of the United States Trustee<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA  15222 | David L. Suiters<br>159 Sunny Crest Lane<br>Altoona, PA  16601 |
| Ronda J. Winnecour, Trustee<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | SCI Smithfield<br>ATTN:  Payroll<br>1120 Pike Street<br>Huntingdon, PA  16642 |

Dated:  August 15, 2016             /s/ Forrest B. Fordham, III
                                                       Forrest B. Fordham, III, Esquire
                                                       Attorney For Movant
                                                       351 Budfield Street
                                                       Johnstown, PA 15904-3213
                                                       (814) 266-7425
                                                       Ffordhamlaw@msn.com
                                                       PA I.D. No. 69596