# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | DAVID L. & JAYME L. SUITERS |
| Case Number: | 14-70872-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, NOVEMBER 04, 2016 10:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Contested Hearing on Confirmation of Debtors' Amended Chapter13 Plan Dated 7/29/2016
- Conciliation Conference Held 9/29/2016 - Continued To 11/4/2016 Contesteds

R / M #:  48 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  FORREST B. FORDHAM, III, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at
       _____
       _____ To Conciliation Conference For _____ at
                _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 11/14/2016 Confirming Plan As Modified and Setting Deadlines**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/14/16 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA