PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: DAVID L. SUITERS and JAYME L. SUITERS: | Bankruptcy No. 14-70872-JAD |
| a/k/a JAYME L. CLINGER, a/k/a JAYME L. : | |
| GRUNTRUM, a/k/a JAYME L. BISH, : | |
| : | Chapter   13 |
| Debtors  : | |
| : | Document No. ____ |

**CERTIFICATE OF SERVICE AMENDED ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  November 21, 2016.

    The type(s) of service made on the parties was:  First-Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Office of the United States Trustee | David L. Suiters |
| 1001 Liberty Avenue, Suite 970 | 159 Sunny Crest Lane |
| Pittsburgh, PA  15222 | Altoona, PA  16601 |
| | |
| Ronda J. Winnecour, Trustee | |
| Suite 3250 USX Tower | SCI Smithfield |
| 600 Grant Street | ATTN:  Payroll |
| Pittsburgh, PA  15219 | 1120 Pike Street |
| | Huntingdon, PA  16642 |

| | |
|---|---|
| Dated:  November 21, 2016 |   /s/ Forrest B. Fordham, III |
| | Forrest B. Fordham, III, Esquire |
| | Attorney For Movant |
| | 351 Budfield Street |
| | Johnstown, PA 15904-3213 |
| | (814) 266-7425 |
| | Ffordhamlaw@msn.com |
| | PA I.D. No. 69596 |