Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David L. Suiters** | : | Case No. 14−70872−JAD |
| **Jayme L. Suiters** | : | Chapter: 13 |
| **aka Jayme L. Clinger, aka Jayme L. Guntrum,** | : | |
| **aka Jayme L. Bish** | : | |
| *Debtor(s)* | : | |
| | : | Related to Claim No. 3 |
| M&T Bank | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| David L. Suiters | : | |
| Jayme L. Suiters | : | |
| aka Jayme L. Clinger, aka Jayme L. Guntrum, aka | : | |
| Jayme L. Bish | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |

## ORDER

      **AND NOW**, this **14th day of December, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *M&T Bank* at Claim No. 3 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                     Jeffery A. Deller
                                                     United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David L. Suiters
Jayme L. Suiters
    Debtors

Case No. 14-70872-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Dec 14, 2016
                       Form ID: 237     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
db/jdb        +David L. Suiters,    Jayme L. Suiters,    159 Sunny Crest Lane,    Altoona, PA 16601-8813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13968633       E-mail/Text: camanagement@mtb.com Dec 15 2016 01:26:11      M & T Bank,    P.O. Box 840,
              Buffalo, NY 14240
13987712       E-mail/Text: camanagement@mtb.com Dec 15 2016 01:26:11      M&T BANK,    PO BOX 1288,
              Buffalo, NY 14240
                                                                                                                                                            TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
         Andrew F Gornall     on behalf of Creditor     M&T BANK agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Forrest B. Fordham, III     on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com,
         fordham-law@hotmail.com
         Forrest B. Fordham, III     on behalf of Debtor David L. Suiters FFordhamlaw@msn.com,
         fordham-law@hotmail.com
         James Warmbrodt     on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
         Joshua I. Goldman     on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                           TOTAL: 7