IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DAVID L. SUITERS and JAYME L. SUITERS, A/K/A JAYME L. CLINGER, A/K/A JAYME L. GUNTRUM, A/K/A JAYME L. BISH, | ) ) ) | CASE NO. 14-70872-JAD |
| Debtors | ) | CHAPTER 13 |
| _____ | ) | |
| M & T BANK, | ) | Related to Claim No. 3 |
| MOVANT | ) | |
| V. | ) | Document No. _____ |
| DAVID L. SUITERS and JAYME L. SUITERS, A/K/A JAYME L. CLINGER, A/K/A JAYME L. GUNTRUM, A/K/A JAYME L. BISH, RONDA J. WINNECOUR, TRUSTEE, | ) ) ) ) ) | |
| RESPONDENT | ) | |

**DECLARATION OF SUFFICIENCY OF PLAN**

I, Forrest B. Fordham, III, attorney for Debtors, have reviewed the Debtors' plan dated July 29, 2016, reviewed the plan payment, and find that the existing payment of $1,655.35 per month as set forth in the plan is sufficient to fund the plan with the adjusted monthly payment, which is lower than the previous amount. The new post-petition payment payable to Wells Fargo Bank is $879.07 effective January 1, 2017 per the notice dated December 10, 2016.

Dated: December 21, 2016                BY:  /s/ Forrest B. Fordham, III
                                        Forrest B. Fordham, III
                                        Attorney for the Debtor
                                        Highland Commons, 2nd Floor
                                        351 Budfield Street
                                        Johnstown, PA 15904
                                        (814) 266-7425
                                        PA Supreme Court I.D. 69596
                                        Ffordhamlaw@msn.com