# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

JAYME L SUITERS

:     Chapter 13

:     Case No 14-70872

:

:

:

:

:

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK:

Please withdraw proof of claim no.6-2 from the Debtor's Claim Docket in the amount of $63,084.42, an unsecured claim filed by U. S. Department of Education, C/O FedLoan Servicing. This proof of claim was filed in error.
.

                                                    Respectfully submitted,
                                                    /s/ Nathan Summey

                                         **Death, Disability, and Bankruptcy Team**
                                                                 **FedLoan Servicing**
                                                                      **P.O. Box 69184**
                                                    **Harrisburg, PA 17106-9184**

**Dated: August 9, 2019**