# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

DAVID L SUITERS    :    Chapter 13

:    Case No 14-70872

:

:
:
:
:

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK:

Please withdraw proof of claim no.7-2 from the Debtor's Claim Docket in the amount of $63,482.97, an unsecured claim filed by U. S. Department of Education, C/O FedLoan Servicing. This proof of claim was filed in error.
.

Respectfully submitted,
/s/ Nathan Summey

**Death, Disability, and Bankruptcy Team**
**FedLoan Servicing**
**P.O. Box 69184**
**Harrisburg, PA 17106-9184**

**Dated: August 9, 2019**