**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID L. SUITERS<br>JAYME L. SUITERS<br><br>      Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>      Movant<br>  vs.<br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++<br>      Respondents | Case No. 14-70872JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor's mailing address is defunct according to the Postal Service. No change of address has been received.

| | |
|---|---|
| BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC++<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Court claim# 1/Trustee CID# 22 |

The Movant further certifies that on 11/18/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| DAVID L. SUITERS, JAYME L. SUITERS, 159 SUNNY CREST LANE, ALTOONA, PA  16601 | FORREST B FORDHAM III ESQ, HIGHLAND COMMONS 2ND FL, 351 BUDFIELD ST, JOHNSTOWN, PA 15904 |
| ORIGINAL CREDITOR: | : |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O RECOVERY MGMNT SYST CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605 | PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |
| NEW CREDITOR: | |