**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/18/2019

IN RE:

| | |
|---|---|
| DAVID L. SUITERS<br>JAYME L. SUITERS<br>159 SUNNY CREST LANE<br>ALTOONA, PA 16601<br>XXX-XX-7088        Debtor(s)<br><br>XXX-XX-4122 | Case No. 14-70872 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/18/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: CL3-2GOV W/PMT CHANGES*DKT4PMT-LMT*BGN 1/15*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6726 |
| **AMERICAN CREDIT ACCEPTANCE**<br>961 E MAIN ST<br>SPARTANBURG, SC 29302 | Trustee Claim Number: 3  INT %: 21.00%<br>Court Claim Number: 2<br>CLAIM: 3,599.04<br>COMMENT: PMTS PROPER/CONF*RMVD/PAP*910 CLAIM | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7088 |
| **COMMUNITY STATE BANK/ORBISONIA**<br>POB 8, ELLIOT ST<br>ORBISONIA, PA 17243 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2006 JEEP COMMANDER |
| **DSO Receeipient** | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/CONF*NT PROV/PL*ND DSO | CRED DESC: SUPPORT/ALIMONY ARR.<br>ACCOUNT NO.: 3711 |
| **ALTOONA EMERGENCY PHYSICIANS++**<br>POB 62282<br>BALTIMORE, MD 21264-2282 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 548.97<br>COMMENT: NO NUM/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9698 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY 14702-1132 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0132 |
| **CENTRAL CREDIT AUDIT INC**<br>THE WOODRING STATION<br>100 N 3RD ST - POB 735<br>SUNBURY, PA 17801 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMMUNITY STATE BANK**<br>620 MAIN ST<br><br>SAXTON, PA 16678 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CREDIT COLLECTION SERVICES++**<br>94 WELLS AVE<br><br>NEWTON, MA 02166 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLARION IMAGE CARE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4364 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 388.36<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0961 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br><br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2071 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6187 |
| **NRA GROUP LLC***<br>POB 67015<br><br>HARRISBURG, PA 17106-7015 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DJD ANESTH ASSOC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3674 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...6674 |
| **RECOVERY MANAGEMENT GROUP**<br>2901 UNIVERSITY AVE<br><br>COLUMBUS, GA 31907 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9C |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 332.89<br>COMMENT: 1806/SCH*WINDSTREAM*6/15/2011 CHG OFF | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8111 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,392.94<br>COMMENT: 1517/SCH*CAPITAL ONE*NTC-RSV | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6661 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 277.23<br>COMMENT: ...903/SCH*2/27/2014 CHG OFF | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0936 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO  63304 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8930 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 10,944.50<br>COMMENT: CL3-2GOV*$CL-PL*THRU 12/14*AMD | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6726 |
| **M & T BANK**<br>ATTN PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 250.00<br>COMMENT: NT PROV/PL*NTC POSTPET FEE/EXP*REF CL*W/25*NO OBJ | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6726 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:7-3<br>CLAIM: 63,084.42<br>COMMENT: NT/SCH*AMD 8/9/19 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4122 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:6-3<br>CLAIM: 63,482.97<br>COMMENT: NT/SCH*AMD 8/9/19 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7088 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH  48216-0117 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,809.10<br>COMMENT: NT/SCH*000-002-06*000-004-4 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0053 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,907.33<br>COMMENT: NT/SCH*VALUE CITY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6459 |

| | | |
|---|---|---|
| **CONSUMER PORTFOLIO SVCS/CPS** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| POB 57071 | Court Claim Number:12 | ACCOUNT NO.: 7128 |
| | CLAIM: 0.00 | |
| IRVINE, CA  92619-7071 | COMMENT: CL12GOV@LTCD*PMT/CL-PL*BGN 8/16*396.06x40 REM+2=LMT | |
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O FEDLOAN SERVICING | Court Claim Number:6-2 | ACCOUNT NO.: 4122 |
| PO BOX 790234 | CLAIM: 0.00 | |
| ST LOUIS, MO  63179 | COMMENT: CL6-2:$63,084.72~W/D@DOC 76 | |
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O FEDLOAN SERVICING | Court Claim Number:7-2 | ACCOUNT NO.: 7088 |
| PO BOX 790234 | CLAIM: 0.00 | |
| ST LOUIS, MO  63179 | COMMENT: CL7-2:$63,482.97~W/D@DOC 77 | |