IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 14-70872JAD |
| David L. Suiters ) | Chapter 13 |
| Jayme L. Suiters ) | |
|     Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     Vs. ) | |
| David L. Suiters ) | |
| Jayme L. Suiters ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on March 6, 2020 at 11:00 a.m. before Judge Jeffery Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown PA 15901 (Video Conferencing will be available in Courtroom D in Pittsburgh) Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before February 4, 2020.

<u>1-14-20</u>  
Date

/s/ Ronda J. Winnecour  
Ronda J. Winnecour (PA I.D.#30399)  
Attorney and the Chapter 13 Trustee  
U.S. Steel Tower – Suite 3250  
600 Grant Street  
Pittsburgh, PA 15219  
cmecf@chapter13trusteewdpa.com