**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DAVID L. SUITERS<br>JAYME L. SUITERS<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  DAVID L. SUITERS<br>JAYME L. SUITERS<br><br>         Respondents | Case No.14-70872JAD<br><br><br><br>Chapter 13<br><br><br><br> Related to<br> Document No. __83__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __28th__ day of __February__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sci Smithfield
Attn: Payroll Manager
1120 Pike St
Huntingdon, PA 16652

is hereby ordered to immediately terminate the attachment of the wages of DAVID L. SUITERS, social security number XXX-XX-7088. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID L. SUITERS.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
2/28/20 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David L. Suiters
Jayme L. Suiters
       Debtors

Case No. 14-70872-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: culy        Page 1 of 1        Date Rcvd: Feb 28, 2020
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
db/jdb       +David L. Suiters,   Jayme L. Suiters,   159 Sunny Crest Lane,   Altoona, PA 16601-8813
            +SCI Smithfield,   Attn: Payroll Manager,   1120 Pike St.,   Huntingdon, PA 16652-1172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   M&T BANK andygornall@latouflawfirm.com
        Forrest B. Fordham, III   on behalf of Debtor David L. Suiters FFordhamlaw@msn.com, fordham-law@hotmail.com
        Forrest B. Fordham, III   on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com, fordham-law@hotmail.com
        James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        TOTAL: 7