IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DAVID L. SUITERS and JAYME L. SUITERS, | : | Bankruptcy No. 14-70872JAD |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 86 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # 80 |
| DAVID L. SUITERS and JAYME L. SUITERS, | : | |
| Respondent(s). | : | |

# ORDER

AND NOW, this **3rd** day of **March**, **2020**, it appears to the Court that the movant has filed at Doc. #86 a *Withdrawal of Motion To Dismiss Case* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 80 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #80 - *Motion To Dismiss* for March 6, 2020, at 11:00 AM at Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 is hereby CANCELLED.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
    Debtors
    Debtors' Counsel
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee

FILED
3/3/20 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00028017

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70872-JAD
David L. Suiters                                                        Chapter 13
Jayme L. Suiters
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam                 Page 1 of 1               Date Rcvd: Mar 03, 2020
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db/jdb         +David L. Suiters,    Jayme L. Suiters,    159 Sunny Crest Lane,    Altoona, PA 16601-8813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Forrest B. Fordham, III    on behalf of Debtor David L. Suiters FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              Forrest B. Fordham, III    on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7