**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DAVID L. SUITERS** |
| Debtor 2 (Spouse, if filing) | **JAYME L. SUITERS** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **14-70872JAD** |

Form 4100N
# Notice of Final Cure Payment            10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | M & T BANK |
| Court claim no. (if known): | 3-2 |
| Last 4 digits of any number you use to identify the debtor's account | 6 7 2 6 |
| Property Address: | 159 SUNNY CREST LANE<br>ALTOONA PA 16601 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**  Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 10,944.50 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 10,944.50 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 250.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 250.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 11,194.50 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $973.59 |
| The next postpetition payment is due on | 2 / 1 / 2020  MM / DD / YYYY |

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                Notice of Final Cure Payment                page 1

| Debtor 1 | **DAVID L. SUITERS** | Case number *(if known)* | **14-70872JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour           Date  03/27/2020
Signature

| | | |
|---|---|---|
| Trustee | Ronda J. Winnecour | |
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 | |
| Contact phone | (412) 471-5566 | Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | DAVID L. SUITERS | Case number *(if known)* | 14-70872JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 12/21/2017 | 1064634 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 216.65 |
| 01/25/2018 | 1068072 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,042.94 |
| 02/23/2018 | 1071247 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 282.42 |
| 03/28/2018 | 1074442 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 282.42 |
| 04/24/2018 | 1077678 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 284.00 |
| 05/25/2018 | 1080939 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,045.31 |
| 06/22/2018 | 1084086 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 284.00 |
| 07/26/2018 | 1087303 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 284.00 |
| 08/28/2018 | 1090517 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 284.00 |
| 09/25/2018 | 1093649 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 284.00 |
| 10/29/2018 | 1096898 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,037.36 |
| 11/27/2018 | 1100036 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 276.04 |
| 12/21/2018 | 1103141 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 276.04 |
| 01/25/2019 | 1106348 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 276.05 |
| 02/25/2019 | 1109599 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 276.04 |
| 03/25/2019 | 1112892 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 276.05 |
| 04/26/2019 | 1116183 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,033.38 |
| 05/24/2019 | 1119583 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 291.96 |
| 06/25/2019 | 1122980 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 291.96 |
| 07/29/2019 | 1126427 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 304.69 |
| 01/28/2020 | 1146837 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 638.31 |
| 02/25/2020 | 1150362 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 459.81 |
| 03/23/2020 | 1153845 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,217.07 |
| | | | | **10,944.50** |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 03/23/2020 | 1153845 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 250.00 |
| | | | | **250.00** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/28/2015 | 0952965 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 3,703.54 |
| 08/26/2015 | 0957012 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 808.23 |
| 09/28/2015 | 0960917 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 804.44 |
| 10/26/2015 | 0964876 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 804.83 |
| 11/24/2015 | 0969037 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 802.47 |
| 12/22/2015 | 0973048 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 807.93 |
| 01/26/2016 | 0977096 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,209.61 |
| 02/24/2016 | 0981027 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 831.54 |
| 03/28/2016 | 0985079 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 861.25 |
| 04/22/2016 | 0989279 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 888.00 |
| 05/24/2016 | 0993234 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 910.71 |
| 06/27/2016 | 1001996 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,392.08 |
| 07/26/2016 | 1005967 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 944.69 |
| 08/26/2016 | 1009963 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 957.96 |
| 09/27/2016 | 1013984 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,184.03 |
| 10/26/2016 | 1017857 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,183.96 |
| 11/21/2016 | 1021166 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 730.71 |
| 12/21/2016 | 1024463 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 748.35 |
| 01/27/2017 | 1027933 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,272.76 |
| 02/24/2017 | 1031347 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 919.65 |
| 03/28/2017 | 1034786 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 941.02 |
| 04/21/2017 | 1038076 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 975.29 |
| 05/25/2017 | 1041354 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,001.34 |
| 06/27/2017 | 1044739 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,473.54 |
| 07/25/2017 | 1048060 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,058.53 |
| 08/25/2017 | 1051391 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,029.61 |
| 09/26/2017 | 1054719 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,042.48 |
| 10/25/2017 | 1058078 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,033.09 |
| 11/21/2017 | 1061353 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,025.54 |
| 12/21/2017 | 1064634 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 905.47 |
| 01/25/2018 | 1068072 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 02/23/2018 | 1071247 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 03/28/2018 | 1074442 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |

| Debtor 1 | **DAVID L. SUITERS** | Case number *(if known)* **14-70872JAD** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 04/24/2018 | 1077678 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 05/25/2018 | 1080939 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 06/22/2018 | 1084086 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 07/26/2018 | 1087303 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 08/28/2018 | 1090517 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 09/25/2018 | 1093649 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 10/29/2018 | 1096898 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 11/27/2018 | 1100036 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 12/21/2018 | 1103141 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 01/25/2019 | 1106348 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 02/25/2019 | 1109599 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 03/25/2019 | 1112892 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 04/26/2019 | 1116183 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 05/24/2019 | 1119583 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 06/25/2019 | 1122980 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 07/29/2019 | 1126427 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 870.85 |
| 08/27/2019 | 1129895 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 2,052.43 |
| 09/24/2019 | 1133201 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,291.77 |
| 10/24/2019 | 1136529 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,793.98 |
| 11/25/2019 | 1139999 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,133.71 |
| 12/23/2019 | 1143381 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 1,113.05 |
| 01/28/2020 | 1146837 | M & T BANK | AMOUNTS DISBURSED TO CREDITOR | 150.55 |
| | | | | 56,334.29 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAVID L. SUITERS
JAYME L. SUITERS
159 SUNNY CREST LANE
ALTOONA, PA  16601

FORREST B FORDHAM III ESQ
HIGHLAND COMMONS 2ND FL
351 BUDFIELD ST
JOHNSTOWN, PA  15904

M & T BANK
ATTN PAYMENT PROCESSING
POB 1288
BUFFALO, NY  14240-1288

M & T BANK
CORRESPONDENCE/NOTICES
PO BOX 1288
BUFFALO, NY  14240-1288

MCCALLA RAYMER  ET AL
NATL BANKRUPTCY DEPT**
1544 OLD ALABAMA RD**
ROSWELL, GA  30076-2102


3/27/20                                              /s/ Roberta Saunier
                                                     _____
                                                     Administrative Assistant
                                                     Office of the Chapter 13 Trustee