**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David L. Suiters
Jayme L. Suiters
aka Jayme L. Clinger, aka Jayme L. Guntrum, aka Jayme L. Bish**
   Debtor(s)

Bankruptcy Case No.: 14−70872−JAD

Chapter: 13
Docket No.: 92 − 91

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/15/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/24/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/15/20.**

                                               <u>Jeffery A. Deller</u>
                                               United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 14-70872-JAD
David L. Suiters                                               Chapter 13
Jayme L. Suiters
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: jfur                Page 1 of 2               Date Rcvd: Apr 29, 2020
                              Form ID: 408              Total Noticed: 35
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb         +David L. Suiters,   Jayme L. Suiters,   159 Sunny Crest Lane,    Altoona, PA 16601-8813
13968618       +Altoona Emergency Phys,   P.O. Box 62282,   Baltimore, MD 21264-2282
14044121        American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
13968621       +CBJ Credit Recovery,   P.O. Box 85520,   Richmond, VA 23285-5520
14035054      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pa.,    PO Box 117,   Columbus, OH 43216)
13968623       +Clarion County DRS,   P.O. Box 389,   17 South 4th Avenue,    Clarion, PA 16214-1376
13968627       +Community State Bank of Orbissonia,    620 Main Street,   Saxton, PA 16678-1024
13968630        Fingerhut,   Cardmember Services,   P.O. Box 21550,   Tulsa, OK 74121-1550
13968632       +KML Law Group, P.C.,   Suite 5000,   BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
13968634       +National Recovery Agency,   4201 Crums Mill Road,   Harrisburg, PA 17112-2893
13968635        PHEEA,   Student Loan Servicing Center,    Harrisburg, PA 17130-0001
13968636       +Rec Management Group,   2901 University Ave #29,    Columbus, GA 31907-7601
13968637       +State Collection Service,   P.O. Box 6250,   Madison, WI 53716-0250
13968638       +The Bureaus, Inc.,   35353 Eagle Way,   Chicago, IL 60678-0353
14029772        U. S. Department of Education,   c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:06:48
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13968619       +E-mail/Text: bankruptcy@acacceptance.com Apr 30 2020 03:01:10       American Credit Acceptance,
                 P.O. Box 204531,   Dallas, TX 75320-4531
13980319       +E-mail/Text: bankruptcy@acacceptance.com Apr 30 2020 03:01:10       American Credit Acceptance,
                 961 E. Main Street,   Spartanburg, SC 29302-2185
13995406        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 03:06:11
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13976819        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:07:35
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14266932       +E-mail/Text: bankruptcy@consumerportfolio.com Apr 30 2020 03:01:18
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13968620       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 03:06:44       Capital One Bank,
                 P.O. Box 790216,   Saint Louis, MO 63179-0216
13968622       +E-mail/Text: nailda@centralcreditaudit.com Apr 30 2020 03:01:44       Central Credit Audit,
                 P.O. Box 735,   Sunbury, PA 17801-0735
13968625       +E-mail/Text: documentfiling@lciinc.com Apr 30 2020 02:59:28       Comcast,   P.O. Box 3001,
                 Southeastern, PA 19398-3001
13968628       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 30 2020 03:01:43
                 Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3246
13968629       +E-mail/Text: bknotice@ercbpo.com Apr 30 2020 03:01:16       Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
13968631       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:07:27       J.C. Penney,   1120 Boyce Road,
                 Pittsburgh, PA 15241-3909
14045811        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:06:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13968633        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37       M & T Bank,   P.O. Box 840,
                 Buffalo, NY 14240
13987712        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37       M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
13994987        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:06:07
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14041415        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2020 03:00:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13973638        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:07:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13968639       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 02:59:27
                 Verizon,   500 Technology Drive, Suite 300,   Saint Charles, MO 63304-2225
13968640       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 02:59:27
                 Verizon Wireless,   1 Verizon Place,   Alpharetta, GA 30004-8510
                                                                                              TOTAL: 20
```

```
District/off: 0315-7           User: jfur              Page 2 of 2               Date Rcvd: Apr 29, 2020
                               Form ID: 408            Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13968626        Community State Bank
13968624     ##+Collection Service Center,   1312 A Pl Valley Blvd,   P. O. Box 68,   Altoona, PA 16603-0068
                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
         Forrest B. Fordham, III    on behalf of Debtor David L. Suiters FFordhamlaw@msn.com,
          fordham-law@hotmail.com
         Forrest B. Fordham, III    on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com,
          fordham-law@hotmail.com
         James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7
```