**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID L. SUITERS<br>JAYME L. SUITERS<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>       vs.<br>No Respondents. | Case No.:14-70872 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| April 27, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/15/2014 and confirmed on 5/11/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,303.77 |
| Less Refunds to Debtor | 1,944.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,359.27 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,310.00 | |
|    Trustee Fee | 4,073.19 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,383.19 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK<br>    Acct: 6726 | 0.00 | 56,334.29 | 0.00 | 56,334.29 |
|   M & T BANK<br>    Acct: 6726 | 10,944.50 | 10,944.50 | 0.00 | 10,944.50 |
|   AMERICAN CREDIT ACCEPTANCE<br>    Acct: 7088 | 3,599.04 | 3,599.04 | 1,213.73 | 4,812.77 |
|   COMMUNITY STATE BANK/ORBISONIA<br>    Acct: XXXXXXXXXXXXXXXNDER | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 72,091.56 |
| **Priority** | | | | |
|   FORREST B FORDHAM III ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DAVID L. SUITERS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DAVID L. SUITERS<br>    Acct: | 813.69 | 813.69 | 0.00 | 0.00 |
|   DAVID L. SUITERS<br>    Acct: | 1,130.81 | 1,130.81 | 0.00 | 0.00 |
|   FORREST B FORDHAM III ESQ<br>    Acct: | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
|   FORREST B FORDHAM III ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DOMESTIC RELATIONS OBLIGATION<br>    Acct: 3711 | 0.00 | 0.00 | 0.00 | 0.00 |
|   M & T BANK<br>    Acct: 6726 | 250.00 | 250.00 | 0.00 | 250.00 |
|   CONSUMER PORTFOLIO SVCS/CPS<br>    Acct: 7128 | 0.00 | 16,634.52 | 0.00 | 16,634.52 |
| | | | | 16,884.52 |
| **Unsecured** | | | | |
|   ALTOONA EMERGENCY PHYSICIANS++<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRA RECEIVABLES MANAGEMENT LLC - | 548.97 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 9698 | | | | |
| CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0132 | | | | |
| CENTRAL CREDIT AUDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COMMUNITY STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4364 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DII | 388.36 | 0.00 | 0.00 | 0.00 |
| Acct: 0961 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2071 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6187 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3674 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6674 | | | | |
| RECOVERY MANAGEMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9C | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 332.89 | 0.00 | 0.00 | 0.00 |
| Acct: 8111 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 1,392.94 | 0.00 | 0.00 | 0.00 |
| Acct: 6661 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 277.23 | 0.00 | 0.00 | 0.00 |
| Acct: 0936 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8930 | | | | |
| US DEPARTMENT OF EDUCATION | 63,084.42 | 0.00 | 0.00 | 0.00 |
| Acct: 4122 | | | | |
| US DEPARTMENT OF EDUCATION | 63,482.97 | 0.00 | 0.00 | 0.00 |
| Acct: 7088 | | | | |
| COLUMBIA GAS OF PA INC(*) | 1,809.10 | 0.00 | 0.00 | 0.00 |
| Acct: 0053 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,907.33 | 0.00 | 0.00 | 0.00 |
| Acct: 6459 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4122 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7088 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                88,976.08

```
TOTAL
CLAIMED              250.00
PRIORITY          14,543.54
SECURED          133,224.21
```

Date: 04/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID L. SUITERS
    JAYME L. SUITERS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:14-70872 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                _____
                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David L. Suiters
Jayme L. Suiters
    Debtors

Case No. 14-70872-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur                    Page 1 of 2                  Date Rcvd: Apr 29, 2020
                              Form ID: pdf900               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db/jdb         +David L. Suiters,    Jayme L. Suiters,    159 Sunny Crest Lane,    Altoona, PA 16601-8813
13968618       +Altoona Emergency Phys,    P.O. Box 62282,    Baltimore, MD 21264-2282
14044121        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13968621       +CBJ Credit Recovery,    P.O. Box 85520,    Richmond, VA 23285-5520
14035054      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pa.,      PO Box 117,    Columbus, OH 43216)
13968623       +Clarion County DRS,    P.O. Box 389,    17 South 4th Avenue,    Clarion, PA 16214-1376
13968627       +Community State Bank of Orbissonia,    620 Main Street,    Saxton, PA 16678-1024
13968630        Fingerhut,    Cardmember Services,    P.O. Box 21550,    Tulsa, OK 74121-1550
13968632       +KML Law Group, P.C.,    Suite 5000,    BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
13968634       +National Recovery Agency,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
13968635        PHEEA,    Student Loan Servicing Center,    Harrisburg, PA 17130-0001
13968636       +Rec Management Group,    2901 University Ave #29,    Columbus, GA 31907-7601
13968637       +State Collection Service,    P.O. Box 6250,    Madison, WI 53716-0250
13968638       +The Bureaus, Inc.,    35353 Eagle Way,    Chicago, IL 60678-0353
14029772        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:06:48
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13968619       +E-mail/Text: bankruptcy@acacceptance.com Apr 30 2020 03:01:10     American Credit Acceptance,
                 P.O. Box 204531,    Dallas, TX 75320-4531
13980319       +E-mail/Text: bankruptcy@acacceptance.com Apr 30 2020 03:01:10     American Credit Acceptance,
                 961 E. Main Street,    Spartanburg, SC 29302-2185
13995406        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 03:06:54
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13976819        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:06:48
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14266932       +E-mail/Text: bankruptcy@consumerportfolio.com Apr 30 2020 03:01:18
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13968620       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 03:06:03     Capital One Bank,
                 P.O. Box 790216,    Saint Louis, MO 63179-0216
13968622       +E-mail/Text: nailda@centralcreditaudit.com Apr 30 2020 03:01:44     Central Credit Audit,
                 P.O. Box 735,    Sunbury, PA 17801-0735
13968625       +E-mail/Text: documentfiling@lciinc.com Apr 30 2020 02:59:28     Comcast,    P.O. Box 3001,
                 Southeastern, PA 19398-3001
13968628       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 30 2020 03:01:43
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13968629       +E-mail/Text: bknotice@ercbpo.com Apr 30 2020 03:01:16     Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13968631       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:07:29     J.C. Penney,    1120 Boyce Road,
                 Pittsburgh, PA 15241-3909
14045811        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:06:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13968633        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37     M & T Bank,    P.O. Box 840,
                 Buffalo, NY 14240
13987712        E-mail/Text: camanagement@mtb.com Apr 30 2020 03:00:37     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13994987        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:07:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14041415        E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2020 03:00:49
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13973638        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2020 03:06:48
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13968639       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 02:59:26
                 Verizon,    500 Technology Drive, Suite 300,    Saint Charles, MO 63304-2225
13968640       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 02:59:26
                 Verizon Wireless,    1 Verizon Place,    Alpharetta, GA 30004-8510
                                                                                              TOTAL: 20
```

```
District/off: 0315-7           User: jfur                  Page 2 of 2                  Date Rcvd: Apr 29, 2020
                               Form ID: pdf900             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13968626        Community State Bank
13968624     ##+Collection Service Center,    1312 A Pl Valley Blvd,    P. O. Box 68,    Altoona, PA 16603-0068
                                                                                       TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          Forrest B. Fordham, III    on behalf of Debtor David L. Suiters FFordhamlaw@msn.com,
           fordham-law@hotmail.com
          Forrest B. Fordham, III    on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com,
           fordham-law@hotmail.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```