**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **DAVID L. SUITERS and JAYME L. SUITERS** ) | **CASE NO. 14-70872-JAD** |
| **AKA JAYME L. CLINGER, A/K/A JAYME L.** ) | |
| **GUNTRUM A/KA JAYME L. BISH,** ) | |
| ) | |
| **Debtors** ) | |
| _____ ) | **CHAPTER 13** |
| **DAVID L. SUITERS and JAYME L. SUITERS** ) | |
| **AKA JAYME L. CLINGER, A/K/A JAYME L.** ) | |
| **GUNTRUM A/KA JAYME L. BISH,** ) | |
| **Movant,** ) | |
| vs. ) | |
| ) | |
| **No Respondent** ) | |

## CERTIFICATION OF ELIGIBILITY FOR CHAPTER 13 DISCHARGE

1.  The Debtors have made all payments required by the Chapter 13 Plan.

2.  The Debtors are not required to pay any domestic support obligations.

3.  The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.  On June 11, 2020 at document numbers 95 and 96, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(C) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, dated June 10, 2020.

This Certification is being signed under penalty of perjury by Forrest B. Fordham, III, Esquire, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 11, 2020         /s/ DAVID L. SUITERS
                             DAVID L. SUITERS
                             Debtor

Dated: June 11, 2020         /s/ JAYME L. SUITERS
                             JAYME L. SUITERS
                             Debtor

                             /s/ Forrest B. Fordham, III
                             FORREST B. FORDHAM, III
                             Attorney for Debtors
                             PA ID NO 69596
                             351 Budfield Street, 2nd Floor
                             Johnstown, PA 15904
                             (814) 266-7425
                             FFordhamlaw@msn.com