**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    DAVID L. SUITERS
    JAYME L. SUITERS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-70872 JAD

Chapter 13

Document No.: 91

FILED
6/18/20 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this \_\_\_18th\_\_\_ day of \_\_\_June\_\_\_, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David L. Suiters  
Jayme L. Suiters  
    Debtors

Case No. 14-70872-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dkam      Page 1 of 2      Date Rcvd: Jun 18, 2020  
                      Form ID: pdf900     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.

```
db/jdb         +David L. Suiters,   Jayme L. Suiters,   159 Sunny Crest Lane,   Altoona, PA 16601-8813
13968618       +Altoona Emergency Phys,   P.O. Box 62282,   Baltimore, MD 21264-2282
14044121        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA  90051-5478
13968621       +CBJ Credit Recovery,   P.O. Box 85520,   Richmond, VA 23285-5520
14035054      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pa.,    PO Box 117,   Columbus, OH 43216)
13968623       +Clarion County DRS,   P.O. Box 389,   17 South 4th Avenue,   Clarion, PA 16214-1376
13968627       +Community State Bank of Orbissonia,   620 Main Street,   Saxton, PA 16678-1024
13968630        Fingerhut,   Cardmember Services,   P.O. Box 21550,   Tulsa, OK 74121-1550
13968632       +KML Law Group, P.C.,   Suite 5000,   BNY Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1541
13968634       +National Recovery Agency,   4201 Crums Mill Road,   Harrisburg, PA 17112-2893
13968635        PHEEA,   Student Loan Servicing Center,   Harrisburg, PA 17130-0001
13968636       +Rec Management Group,   2901 University Ave #29,   Columbus, GA 31907-7601
13968637       +State Collection Service,   P.O. Box 6250,   Madison, WI 53716-0250
13968638       +The Bureaus, Inc.,   35353 Eagle Way,   Chicago, IL 60678-0353
14029772        U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
                 Harrisburg, PA   17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2020 04:06:15
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13968619       +E-mail/Text: bankruptcy@acacceptance.com Jun 19 2020 04:01:44      American Credit Acceptance,
                 P.O. Box  204531,   Dallas, TX 75320-4531
13980319       +E-mail/Text: bankruptcy@acacceptance.com Jun 19 2020 04:01:44      American Credit Acceptance,
                 961 E. Main Street,   Spartanburg, SC 29302-2185
13995406        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2020 04:06:19
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13976819        E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2020 04:06:11
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14266932       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 19 2020 04:02:02
                 CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13968620       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:05:31      Capital One Bank,
                 P.O. Box 790216,   Saint Louis, MO 63179-0216
13968622       +E-mail/Text: nailda@centralcreditaudit.com Jun 19 2020 04:02:43      Central Credit Audit,
                 P.O. Box 735,   Sunbury, PA 17801-0735
13968625       +E-mail/Text: documentfiling@lciinc.com Jun 19 2020 04:00:43      Comcast,   P.O. Box 3001,
                 Southeastern, PA 19398-3001
13968628       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 19 2020 04:02:33
                 Credit Collection Services,   Two Wells Avenue,   Newton Center, MA 02459-3246
13968629       +E-mail/Text: bknotice@ercbpo.com Jun 19 2020 04:01:56      Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
13968631       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:05:58      J.C. Penney,   1120 Boyce Road,
                 Pittsburgh, PA 15241-3909
14045811        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 04:05:39
                 LVNV Funding, LLC its successors and assigns as,   assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13968633        E-mail/Text: camanagement@mtb.com Jun 19 2020 04:01:09      M & T Bank,   P.O. Box 840,
                 Buffalo, NY 14240
13987712        E-mail/Text: camanagement@mtb.com Jun 19 2020 04:01:09      M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
13994987        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:06:48
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14041415        E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 04:01:26
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13973638        E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2020 04:06:49
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13968639       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2020 04:00:36
                 Verizon,   500 Technology Drive, Suite 300,   Saint Charles, MO 63304-2225
13968640       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2020 04:00:36
                 Verizon Wireless,   1 Verizon Place,   Alpharetta, GA 30004-8510
                                                                                               TOTAL: 20
```

```
District/off: 0315-7            User: dkam                  Page 2 of 2                  Date Rcvd: Jun 18, 2020
                                Form ID: pdf900             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13968626        Community State Bank
13968624      ##+Collection Service Center,    1312 A Pl Valley Blvd,    P. O. Box 68,    Altoona, PA 16603-0068
                                                                                        TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              Forrest B. Fordham, III    on behalf of Debtor David L. Suiters FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              Forrest B. Fordham, III    on behalf of Joint Debtor Jayme L. Suiters FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    M&T BANK jgoldman@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```